# NO. 12-19-00065-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *UNITED FIRE LLOYDS,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

United Fire Lloyds filed an original proceeding in which it challenged Respondent's decision to quash Lloyds's depositions on written questions with subpoena duces tecum to non-parties.[1]  On April 24, 2019, this Court conditionally granted Lloyds's petition and directed Respondent to vacate his January 4, 2019, order quashing the discovery and granting a protective order, and in its stead, to issue an order imposing a time limit on the propounded discovery and compelling the four non-parties to respond to the requests as limited.  By an order signed on April 26, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss Lloyds's petition for writ of mandamus as ***moot***.

Opinion delivered April 30, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)

---

[1] Respondent is the Honorable Campbell Cox, II, Judge of the 145th District Court in Nacogdoches County, Texas.  Inner Pipe Pipeline, LLC is the Real Party in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

APRIL 30, 2019

NO. 12-19-00065-CV

**UNITED FIRE LLOYDS,**
Relator
V.

**HON. CAMPBELL COX, II,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by United Fire Lloyds; who is the relator in appellate cause number 12-19-00065-CV and the defendant in trial court cause number C1733258, pending on the docket of the 145th Judicial District Court of Nacogdoches County, Texas. Said petition for writ of mandamus having been filed herein on February 28, 2019, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*